Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Dennis Scott Carruthers
Attorney at Law
8448 Katella Avenue
P.O. Box 228
Stanton, CA 90680
Telephone: (714) 761-3976
Facsimile:  (714) 761-1754
dsclawoff@aol.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Sergio Fernandez,<br><br>                    Plaintiff,<br>v.<br><br>D. Scott Carruthers, A Professional Law Corporation,<br><br>                    Defendant. | **CASE NO.:** 3:14-cv-01151-VC<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |
|---|---|

Having considered the parties Joint Stipulation to allow Plaintiff to file a First Amended Complaint and for good cause being shown:

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Plaintiff shall be allowed to file a First Amended Complaint within 20 days of this Order.

**IT IS SO ORDERED.**

Dated: July 15, 2014                    By: _____

Hon. Vince Chhabria
Federal District Court Judge