UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO FERNANDEZ,**<br><br>    Plaintiff,<br>v.<br><br>**D. SCOTT CARRUTHERS,**<br><br>    Defendants. | Case No: 3:14-CV-01151-HSG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. HAYWOOD S. GILLIAM, JR.** |

Based upon the Joint Motion for Dismissal, and good cause appearing, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: May 20, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE